NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

R.J. REYNOLDS TOBACCO )
COMPANY, )
)
     Appellant, )
)
v. )    Case No. 2D17-1702
)
BARBARA JEAN JOHNSTON, )
Personal Representative of the Estate )
of FRANKLIN JAMES JOHNSTON, )
)
     Appellee. )
_____ )

Opinion filed September 28, 2018.

Appeal from the Circuit Court for Sarasota
County; Diana L. Moreland, Judge.

Troy A. Fuhrman and Marie A. Borland of
Hill Ward Henderson, Tampa; and Charles
R.A. Morse of Jones Day, New York, NY,
for Appellant.

David J. Sales and Daniel R. Hoffman of
David J. Sales, P.A., Jupiter; and Gary
Paige of Gordon & Donor, P.A., Davie, for
Appellee.


PER CURIAM.

     Affirmed.


SLEET, LUCAS, and BADALAMENTI, JJ., Concur.